SHAPIRO et al. v. GOLDBERG.

(Supreme Court, Appellate Term.   April 19, 1900.)

PROCESS—MAILING SUMMONS—IMPROPER SERVICE.
    Under New York City Consolidation Act, §§ 1321, 1326, providing that,
    where personal service cannot be made, a copy of the summons and at-
    tachment must be posted on the door of the defendant's residence, and
    that the reason for not making personal service must be stated in the re-
    turn, service by mailing the summons and attachment to the defendant,
    without stating any reason in the return for not making personal service,
    was improper, and the court acquired no jurisdiction thereby.

Appeal from municipal court, borough of Manhattan, Seventh dis-
trict.

Action by Anna Shapiro and another against Barnet Goldberg.
From a judgment in favor of plaintiffs, defendant appeals.   Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GOR-
MAN, JJ.

L. Burkes, for appellant.
L. Levine, for respondents.

PER CURIAM.   The marshal's return completely ignores the
requirements of sections 1326 and 1321 of the consolidation act.   The
mere mailing of the summons and attachment is ineffectual without
posting copies of the same on the door of defendant's residence, and,
where such service is made, the return must recite the reasons for not
making personal service.   The summons not having been properly
served, the court never acquired jurisdiction, and the judgment must
be reversed.

Judgment reversed, with costs.